**THE LAW OFFICE OF MICHAEL**
**W. McKELLEB, ESQ. PLLC**
Michael W. McKelleb, NV Bar # 12040
1820 East Warm Springs Road, Suite 130
Las Vegas, Nevada 89119
Telephone: (702) 867-0067
Facsimile: (702) 703-2128
mmckelleb@mckelleblaw.com

**CARPENTER HAZLEWOOD,**
**DELGADO & BOLEN, LLP**
Gregory A. Stein, NV Bar # 13592
1400 East Southern Avenue, Suite 400
Tempe, Arizona 85282
Telephone: (480) 427-2800
Facsimile: (480) 427-2801
minuteentries@carpenterhazlewood.com
greg.stein@carpenterhazlewood.com

VVENT.0001
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Kush, Inc., a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Frank Van Vranken, Jr., an individual; DOES I-X, inclusive, and ROE Corporations I-X, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00649-JCM-DJA<br><br>**STIPULATED MOTION TO CONTINUE DEADLINES IN DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>(Assigned to the Honorable James C. Mahan) |

Defendant Frank Van Vranken, Jr. ("Defendant"), by and through undersigned counsel, and Plaintiff Kush, Inc. ("Plaintiff"), by and through undersigned counsel, hereby submit their stipulated motion to continue the upcoming deadlines contained in the parties' Stipulated Discovery Plan and Scheduling Order, specifically the following: (a) discovery cut-off date, currently set for December 9, 2020; (b) dispositive motions, currently set for

January 8, 2021; and (c) pretrial order and Fed. R. Civ. P. 26(a)(3) disclosures, currently set for February 8, 2021.

     This request is submitted in good faith and not for the purpose of delay. Although the parties have worked diligently to move this case forward, the current procedural posture of this case necessitates continuation of the foregoing deadlines. Defendant recently sought leave of Court to file an amended answer and counterclaim (ECF No. 29), which the Court granted through the Order entered on October 1, 2020 (ECF No. 32). Defendant subsequently filed his First Amended Answer and Counterclaim on October 2, 2020 (ECF No. 33). Plaintiff has not yet filed a reply to Defendant's counterclaim. At the same time, Plaintiff and Defendant's father, Frank Van Vranken, Sr., are currently involved in related litigation pending before Judge Andrew P. Gordon. *See Kush, Inc. v. Frank Van Vranken, Sr.*, Case No. 2:20-cv-00647-APG-NJK.[1] Mr. Van Vranken, Sr. recently filed a motion to consolidate the case pending before Judge Gordon with the present case. Defendant consents to consolidation and filed a Notice of Motion to Consolidate Cases (ECF No. 34) on October 8, 2020. Although opposing the motion to consolidate, Plaintiff recognizes that a ruling is needed so that the parties can meaningfully plan for discovery, depositions, dispositive motions, and the later trial.

     In light of the foregoing, the parties do not believe it is possible to meet the upcoming deadlines. Simply put, the parties are unable to meaningfully propound discovery requests, depose witnesses, draft and file dispositive motions, or otherwise prepare for trial without

---

[1] An identical stipulated motion has been contemporaneously filed in this case pending before Judge Gordon.

knowing all of the facts, claims, and legal issues relevant thereto. Accordingly, the parties respectfully request a 90-day continuance of each of the deadlines set forth above. If granted, the parties will revisit this issue in advance of the continued deadlines to assess the current status of the case and whether a further continuance is necessary.

The parties specifically stipulate that:

1. The discovery cut-off date, presently set for December 9, 2020, shall be continued to March 9, 2021;

2. The deadline to file dispositive motions, presently set for January 8, 2021, shall be continued to April 8, 2021; and

3. The deadlines to file a joint pretrial order and make Fed. R. Civ. P. 26(a)(3) disclosures, presently set for February 8, 2021, shall be continued to May 10, 2021.

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 2, 2020

RESPECTFULLY SUBMITTED this 30th day of October, 2020.

**THE LAW OFFICE OF MICHAEL W. McKELLEB, ESQ. PLLC**

By: _____
Michael W. McKelleb, Esq.
1820 East Warm Springs Road, Suite 130
Las Vegas, Nevada 89119
*Attorneys for Defendant*

**CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**

By: *Greg Stein*
 Gregory A. Stein, Esq.
 1400 East Southern Avenue, Suite 400
 Tempe, Arizona 85282
 *Attorneys for Defendant*


**HOGAN HULET PLLC**


By: Kenneth Hogan (w/permission)
 Kenneth Hogan, Esq.
 Jeffrey Hulet, Esq.
 1140 North Town Center Drive, Suite 300
 Las Vegas, Nevada 89144
 *Attorneys for Plaintiff*

4

# CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2020, I electronically transmitted the foregoing Stipulated Motion to Continue Deadlines in Discovery Plan and Scheduling Order using the CM/ECF System for filing, and that I transmitted a Notice of Electronic Filing to the following CM/ECF registrants:

>Kenneth Hogan, Esq., and Jeffrey Hulet, Esq.
>HOGAN HULET, PLLC
>1140 North Town Center Drive, Suite 300
>Las Vegas, Nevada 89144
>ken@h2legal.com
>jeff@h2legal.com
>*Attorneys for Plaintiff*

By: /s/ Christina Rakovitis

5