**CARPENTER HAZLEWOOD,
DELGADO & BOLEN, LLP**
Gregory A. Stein, NV Bar # 13592
1400 East Southern Avenue, Suite 400
Tempe, Arizona 85282
Telephone: (480) 427-2800
Facsimile: (480) 427-2801
minuteentries@carpenterhazlewood.com
greg.stein@carpenterhazlewood.com

**MARQUIS AURBACH COFFING**
Jack Chen Min Juan, NV Bar # 6367
Kathleen A. Wilde, NV Bar # 12522
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jjuan@maclaw.com
kwilde@maclaw.com

VVENT.0001
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Kush, Inc., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>Frank Van Vranken, Jr., an individual; DOES I-X, inclusive, and ROE Corporations I-X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00649-JCM-DJA<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL**<br><br>(Assigned to the Honorable<br>James C. Mahan) |

Notice is hereby given that, subject to approval by the Court, Defendant Frank Van Vranken, Jr., hereby authorizes and consents to the substitution of Jack Chen Min Juan and Kathleen A. Wilde of Marquis Aurbach Coffing, as attorneys of record in the above-entitled action, in the place and stead of Michael W. McKelleb, formerly of McKelleb Carpenter Hazlewood and now of The Law Office of Michael W. McKelleb, Esq. PLLC.

Contact information for new counsel is as follows:

Jack Chen Min Juan (NVSBN 6367)
Kathleen A. Wilde (NVSBN 12522)
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jjuan@maclaw.com
kwilde@maclaw.com

Gregory A. Stein, of Carpenter, Hazlewood, Delgado & Bolen, LLP, will continue as attorney of record and lead counsel.

I consent to the above substitution.

DATED this 21 day of December, 2020.

**FRANK VAN VRANKEN, JR.**
_____
*Defendant*

I consent to be substituted.

RESPECTFULLY SUBMITTED this 6th day of November, 2020.

**THE LAW OFFICE OF MICHAEL W. McKELLEB, ESQ. PLLC**

By: _____
Michael W. McKelleb, Esq.
1820 East Warm Springs Road, Suite 130
Las Vegas, Nevada 89119
*Attorneys for Defendant*

2

I consent to the above substitution.

RESPECTFULLY SUBMITTED this 17th day of December, 2020.

        **CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**

        By: _/s/ Greg S.A._
            Gregory A. Stein, Esq.
            1400 East Southern Avenue, Suite 400
            Tempe, Arizona 85282
            *Attorneys for Defendant*


        **MARQUIS AURBACH COFFING**

        By: _/s/_
            Jack Chen Min Juan, Esq.
            Kathleen A. Wilde, Esq.
            10001 Park Run Drive
            Las Vegas, Nevada 89145
            *Attorneys for Defendant*

The substitution of attorney is hereby approved and so ORDERED.

DATED this 23rd day of December, 2020.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on December 22nd, 2020, I electronically transmitted the foregoing Consent Order Granting Substitution of Counsel using the CM/ECF System for filing, and that I transmitted a Notice of Electronic Filing to the following CM/ECF registrants:

>Kenneth Hogan, Esq., and Jeffrey Hulet, Esq.
>HOGAN HULET, PLLC
>1140 North Town Center Drive, Suite 300
>Las Vegas, Nevada 89144
>ken@h2legal.com
>jeff@h2legal.com
>*Attorneys for Plaintiff*

By: /s/Greg Stein

4