**CARPENTER HAZLEWOOD,**
**DELGADO & BOLEN, LLP**
Gregory A. Stein, NV Bar # 13592
1400 East Southern Avenue, Suite 400
Tempe, Arizona 85282
Telephone: (480) 427-2800
Facsimile: (480) 427-2801
minuteentries@carpenterhazlewood.com
greg.stein@carpenterhazlewood.com

**MARQUIS AURBACH COFFING**
Jack Chen Min Juan, NV Bar # 6367
Kathleen A. Wilde, NV Bar # 12522
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jjuan@maclaw.com
kwilde@maclaw.com

VVENT.0001
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Kush, Inc., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>Frank Van Vranken, Jr., an individual; DOES I-X, inclusive, and ROE Corporations I-X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00649-JCM-DJA<br><br>**SECOND STIPULATED MOTION TO CONTINUE DEADLINES IN DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>(Assigned to the Honorable James C. Mahan) |

Defendant Frank Van Vranken, Jr. ("Defendant"), by and through undersigned counsel, and Plaintiff Kush, Inc. ("Plaintiff"), by and through undersigned counsel, hereby submit their second stipulated motion to continue the upcoming deadlines contained in the parties' Stipulated Discovery Plan and Scheduling Order, specifically the following: (a) discovery cut-off date, currently set for March 9, 2021; (b) dispositive motions, currently set

1

for April 8, 2021; and (c) pretrial order and Fed. R. Civ. P. 26(a)(3) disclosures, currently set for May 10, 2021.

This request is submitted in good faith and not for the purpose of delay. Although the parties have worked diligently to move this case forward, the current procedural posture of this case necessitates continuation of the foregoing deadlines. Plaintiff and Defendant's father, Frank Van Vranken, Sr., are currently involved in related litigation pending before Judge Andrew P. Gordon. *See Kush, Inc. v. Frank Van Vranken, Sr.*, Case No. 2:20-cv-00647-APG-NJK.[1] Mr. Van Vranken, Sr. filed a motion to consolidate the case pending before Judge Gordon with the present case on October 8, 2020, which has been fully briefed since October 29, 2020. Defendant consents to consolidation and filed a Notice of Motion to Consolidate Cases (ECF No. 34) on October 8, 2020. While opposing the motion to consolidate, Plaintiff recognizes that a ruling is needed so that the parties can meaningfully plan for discovery, depositions, dispositive motions, and the later trial. If the cases are consolidated, the parties would endeavor to bring both cases to the same procedural point to avoid the need, for example, to depose the same witnesses or conduct a mediation/settlement conference on different dates. The parties in the case pending before Judge Gordon are awaiting rulings on Defendant's Partial Motion to Dismiss, Plaintiff's Motion for Declaratory Relief, and the aforementioned Motion to Consolidate.

In light of the foregoing, the parties do not believe it is possible to meet the upcoming deadlines. Simply put, the parties are unable to meaningfully propound discovery requests,

---

[1] An identical stipulated motion has been contemporaneously filed in this case pending before Judge Gordon.

depose witnesses, draft and file dispositive motions, or otherwise prepare for trial without knowing all of the facts, claims, and legal issues relevant thereto. Accordingly, the parties respectfully request a 90-day continuance of each of the deadlines set forth above. If granted, the parties will revisit this issue in advance of the continued deadlines to assess the current status of the case and whether a further continuance is necessary.

The parties specifically stipulate that:

1. The discovery cut-off date, presently set for March 9, 2021, shall be continued to June 9, 2021;

2. The deadline to file dispositive motions, presently set for April 8, 2021, shall be continued to July 8, 2021; and

3. The deadlines to file a joint pretrial order and make Fed. R. Civ. P. 26(a)(3) disclosures, presently set for May 10, 2021, shall be continued to August 10, 2021.

**IT IS SO ORDERED.**

DATED: February 5, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

RESPECTFULLY SUBMITTED this 3rd day of February, 2021.

**CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**

By:   */s/ Gregory A. Stein*
Gregory A. Stein, Esq.
1400 East Southern Avenue, Suite 400
Tempe, Arizona 85282
*Attorneys for Defendant*

**MARQUIS AURBACH COFFING**

By:    /s/ Jack Chen Min Juan (w/permission)
       Jack Chen Min Juan, Esq.
       Kathleen A. Wilde, Esq.
       10001 Park Run Drive
       Las Vegas, Nevada 89145
       *Attorneys for Defendant*

**HOGAN HULET PLLC**

By:    /s/ Kenneth Hogan (w/permission)
       Kenneth Hogan, Esq.
       Jeffrey Hulet, Esq.
       1140 North Town Center Drive, Suite 300
       Las Vegas, Nevada 89144
       *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2021, I electronically transmitted the foregoing Second Stipulated Motion to Continue Deadlines in Discovery Plan and Scheduling Order using the CM/ECF System for filing, and that I transmitted a Notice of Electronic Filing to the following CM/ECF registrants:

> Kenneth Hogan, Esq., and Jeffrey Hulet, Esq.
> HOGAN HULET, PLLC
> 1140 North Town Center Drive, Suite 300
> Las Vegas, Nevada 89144
> ken@h2legal.com
> jeff@h2legal.com
> *Attorneys for Plaintiff*

By: Christina Rakovitis