**CARPENTER HAZLEWOOD,**
**DELGADO & BOLEN, LLP**
Gregory A. Stein, NV Bar # 13592
1400 East Southern Avenue, Suite 400
Tempe, Arizona 85282
Telephone: (480) 427-2800
Facsimile: (480) 427-2801
minuteentries@carpenterhazlewood.com
greg.stein@carpenterhazlewood.com

**MARQUIS AURBACH COFFING**
Jack Chen Min Juan, NV Bar # 6367
Kathleen A. Wilde, NV Bar # 12522
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jjuan@maclaw.com
kwilde@maclaw.com

VVENT.0001
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Kush, Inc., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>Frank Van Vranken, Jr., an individual; DOES I-X, inclusive, and ROE Corporations I-X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00649-JCM-DJA<br><br>**THIRD STIPULATED MOTION TO CONTINUE DEADLINES IN DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>(Assigned to the Honorable James C. Mahan) |

Defendant Frank Van Vranken, Jr. ("Defendant"), by and through undersigned counsel, and Plaintiff Kush, Inc. ("Plaintiff"), by and through undersigned counsel, hereby submit their third stipulated motion to continue the upcoming deadlines contained in the parties' Stipulated Discovery Plan and Scheduling Order, specifically the following: (a) discovery cut-off date, currently set for June 9, 2021; (b) dispositive motions, currently set

for July 8, 2021; and (c) pretrial order and Fed. R. Civ. P. 26(a)(3) disclosures, currently set for August 10, 2021.

This request is submitted in good faith and not for the purpose of delay. Although the parties have worked diligently to move this case forward (including frequently engaging in settlement discussions), the current procedural posture of this case necessitates continuation of the foregoing deadlines. Plaintiff and Defendant's father, Frank Van Vranken, Sr., are currently involved in related litigation pending before Judge Andrew P. Gordon. *See Kush, Inc. v. Frank Van Vranken, Sr.*, Case No. 2:20-cv-00647-APG-NJK.[1] Mr. Van Vranken, Sr. filed a motion to consolidate the case pending before Judge Gordon with the present case on October 8, 2020, which has been fully briefed since October 29, 2020. Defendant consents to consolidation and filed a Notice of Motion to Consolidate Cases (ECF No. 34) on October 8, 2020. While opposing the motion to consolidate, Plaintiff recognizes that a ruling is needed so that the parties can meaningfully plan for discovery, depositions, dispositive motions, and the later trial. If the cases are consolidated, the parties would endeavor to bring both cases to the same procedural point to avoid the need, for example, to depose the same witnesses or conduct a mediation/settlement conference on different dates.

In the related case, Judge Gordon recently issued rulings on Defendant's Partial Motion to Dismiss and Plaintiff's Motion for Declaratory Relief in the related case. The Defendant in that case will be filing his Answer & Counterclaim to Plaintiff's Second Amended Complaint no later than April 30, 2021. Thereafter, Plaintiff will file its Reply to

---

[1] An identical stipulated motion has been contemporaneously filed in this case pending before Judge Gordon.

Counterclaim sometime in mid-to-late May 2021. Once these pleadings are filed, both cases will be in approximately the same procedural posture.

Based on the foregoing, the parties believe it is neither possible nor practical to meet the upcoming deadlines. The parties respectfully request a 6-month continuance of each of the deadlines set forth above. If granted, the parties will revisit this issue in advance of the continued deadlines to assess the current status of the case and whether a further continuance is necessary. With that being said, the parties expect to be able to complete the vast majority of necessary discovery and depositions within this extended timeframe such that numerous additional extensions should not be necessary.

The parties specifically stipulate that:

1.      The discovery cut-off date, presently set for June 9, 2021, shall be continued to December 9, 2021;

2.      The deadline to file dispositive motions, presently set for July 8, 2021, shall be continued to January 10, 2022; and

3.      The deadlines to file a joint pretrial order and make Fed. R. Civ. P. 26(a)(3) disclosures, presently set for August 10, 2021, shall be continued to February 10, 2022.

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: April 14, 2021

3

RESPECTFULLY SUBMITTED this 13th day of April, 2021.

**CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**

By: *Greg Stein*
Gregory A. Stein, Esq.
1400 East Southern Avenue, Suite 400
Tempe, Arizona 85282
*Attorneys for Defendant*

**MARQUIS AURBACH COFFING**

By: *Kathleen A. Wilde (with permission)*
Jack Chen Min Juan, Esq.
Kathleen A. Wilde, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant*

**HOGAN HULET PLLC**

By: *Ken Hogan (with permission)*
Kenneth Hogan, Esq.
Jeffrey Hulet, Esq.
1140 North Town Center Drive, Suite 300
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13th, 2021, I electronically transmitted the foregoing Third Stipulated Motion to Continue Deadlines in Discovery Plan and Scheduling Order using the CM/ECF System for filing, and that I transmitted a Notice of Electronic Filing to the following CM/ECF registrants:

>Kenneth Hogan, Esq., and Jeffrey Hulet, Esq.
>HOGAN HULET, PLLC
>1140 North Town Center Drive, Suite 300
>Las Vegas, Nevada 89144
>ken@h2legal.com
>jeff@h2legal.com
>*Attorneys for Plaintiff*

By: _____